AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### ROCK HILL DIVISION

Mountaineer Investments, L.L.C.,

    Plaintiff,

vs.

**JUDGMENT IN A CIVIL CASE**

Case Number: 0:08-2912-CMC

The Vanguard Group, Inc., d/b/a
Vanguard Participant Services,

    Defendant.

[ ]    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]    **Decision on the Record.**  This action came before the Court, the Honorable Cameron McGowan Currie, US District Judge, presiding.  The Court having heard and granted the defendant's motion for summary judgment,

    **IT IS ORDERED AND ADJUDGED** that summary judgment is entered in favor of the defendant, The Vanguard Group, Inc., d/b/a Vanguard Participant Services.  The plaintiff, Mountaineer Investments, L.L.C., shall take nothing of the defendant, The Vanguard Group, Inc., d/b/a Vanguard Participant Services, and this action is dismissed with prejudice.

    LARRY W. PROPES, Clerk

    By: s/Charles L. Bruorton
          Deputy Clerk

January 26, 2009